UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDIS REYES, et al.,

               Plaintiffs,

-against-

DC WHITE PLAINS LLC (D/B/A DON COQUI), et al.,

               Defendants.

**ORDER**

24-CV-09522 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs initiated this action by filing a complaint on December 13, 2024. (Doc. 1). On January 28 and 31, 2025, Plaintiffs filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants on January 22 and 25, 2025, respectively (Docs. 12—15). There has been no activity on the docket since the filing of the affidavits of service.

    By April 18, 2025, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue default judgment against Defendants.

    Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       March 19, 2025

                                          _____
                                          Philip M. Halpern
                                          United States District Judge