# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165  　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

April 16, 2025

BY ECF
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

　　　　　　　　Re:　　7:24-cv-09522
　　　　　　　　　　　Reyes et al v. DC White Plains LLC

Your Honor:

　　I represent the plaintiffs, Rudis Reyes and Erick Bautista, in this wage and hour action. I write in response to the Court's order advising that the plaintiffs should either file a default judgment motion or write a letter stating why they are not. The plaintiffs will submit a motion for default judgment; however, I will be out of the office for the rest of the week going into next week. Therefore, I respectfully request an adjournment of two weeks to get the motion filed.

　　I thank the Court for its attention to this matter.

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　__/s/ Mark Marino____
　　　　　　　　　　　　　　Mark Marino, Esq.
　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　*Attorneys for Plaintiff*

---

Application granted. The time to move for default judgment is extended to May 2, 2025.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:　White Plains, New York
　　　　　April 16, 2025

---

*Certified as a minority-owned business in the State of New York*