UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDIS REYES, et al.,

                Plaintiffs,

-against-

DC WHITE PLAINS LLC (D/B/A DON COQUI), et al.,

                Defendants.

**ORDER**

24-CV-09522 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On May 5, 2025, Plaintiffs filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter a default judgment against Defendants ("Proposed OTSC"). (Doc. 19). The Court declines to sign the Proposed OTSC. Under Local Rule 55.2(c), a party seeking a default judgment "must file a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request, showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs." Although Plaintiffs filed various documents in support of the Proposed Order to Show Cause (Doc. 40—Doc. 42), including Plaintiffs' affidavits (Doc. 40-1, Doc. 40-2) and a purported "Statement of Damages" (Doc. 40-12), these documents do not comply with the requirement to provide "a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request." Accordingly, by **May 13, 2025**, Plaintiffs shall supplement the previous filings to comply with Local Rule 55.2(c).

                                        **SO ORDERED.**

Dated: White Plains, New York
         May 6, 2025

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge