UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDIS REYES, et al.,

              Plaintiffs,

-against-

DC WHITE PLAINS LLC (D/B/A DON COQUI), et al.,

              Defendants.

**ORDER**

24-CV-09522 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 60). Accordingly, it is hereby **ORDERED** that the parties shall file, by **November 17, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

                                    SO ORDERED.

Dated: White Plains, New York
        November 3, 2025

                                      PHILIP M. HALPERN
                                      United States District Judge