UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RUDIS REYES and ERICK BAUTISTA, *individually and on behalf of others similarly situated,*

                              *Plaintiffs*,

-against-

DC WHITE PLAINS LLC (D/B/A DON COQUI), DON COQUI HOLDING COMPANY, LLC (D/B/A DON COQUI), RENE RODRIGUEZ, and FREDY GUERRERO,

                              *Defendants*,
-------------------------------------------------------------------X

Civil Action No. 7:24-cv-09522-PMH

[Proposed Form Of] **JUDGMENT**

## JUDGMENT

On November 4, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, RUDIS REYES and ERICK BAUTISTA, have judgment against Defendants DC WHITE PLAINS LLC (D/B/A DON COQUI), DON COQUI HOLDING COMPANY, LLC (D/B/A DON COQUI), RENE RODRIGUEZ, and FREDY GUERRERO, jointly and severally, in the amount of Twenty-Five Thousand Dollars and No Cents ($25,000.00), which is inclusive of attorneys' fees and costs.

Dated:  November 5    , 2025

                                                                  _____
                                                                    HON. PHILIP M. HALPERN
                                                                 UNITED STATES DISTRICT JUDGE